PAUL GUTIERREZ, Respondent, v. EMILIE SHEFFIELD, INC., Appellant.— In an action for breach of contract of employment, judgment in favor of plaintiff unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Hagarty, Carswell and Scudder, JJ.

EMMA HABER, Respondent, v. PATRICK R. KINNEY, Appellant.— In an action to recover damages for false imprisonment and malicious prosecution, judgment reversed on the facts and a new trial granted, costs to abide the event, unless within ten days from the entry of the order herein plaintiff stipulate to reduce to $2,500 the amount of the verdict rendered in her favor, in which event the judgment, as so reduced, is unanimously affirmed, without costs. In our opinion the verdict was excessive. Lazansky, P. J., Young, Hagarty, Tompkins and Johnston, JJ., concur.

KASSIEL HOMNICK and Another, Respondents, v. NEW YORK DOCK TRADE FACILITIES CORPORATION and Another, Appellants.— Order denying defendants' motion to dismiss for failure to prosecute affirmed, without costs. No opinion. Lazansky, P. J., Young, Hagarty, Carswell and Scudder, JJ., concur.

LOUIS HOROWITZ, Respondent, v. FORT GREENE NATIONAL BANK, Appellant. — The action is on a written agreement by which defendant agreed to loan to Picadilly Operating Corporation such amounts as may be necessary to pay plaintiff the sums which may become due under a mortgage held by plaintiff. Order granting plaintiff's motion for summary judgment and the judgment entered thereon unanimously affirmed, with ten dollars costs and disbursements. No opinion. Present — Lazansky, P. J., Carswell, Scudder, Tompkins and Johnston, JJ.

INDEPENDENT SAND AND GRAVEL CORPORATION, Respondent, v. JOHN L. WALSH CORPORATION, Appellant.—Action to foreclose a chattel mortgage on plant and machinery used in processing sand and gravel. Judgment for the plaintiff and order denying motion for a new trial unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Hagarty, Carswell and Scudder, JJ.